*William D. McCann*

P. O. Box 370
Genoa
89411
wdmccann@aol.com
September 1, 2008

**FILED**

SEP - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. Jeffrey S. White
United States District Judge
Federal District Court ND California
450 Golden Gate Avenue
San Francisco, California 94102 (BY FEDEX)

Re: Petition of William D. McCann No. 07-3865 JSW (PR)

Dear Judge White,

On January 15th of this year we sent to the Court, by FEDEX, and pursuant to the Court's Order of November 27, 2007, an Amended Petition for Writ Habeas Corpus and documents requesting, *ex parte,* an order enlarging time for its filing.

We have not heard from the Court since that time, and if the Court is in the process of considering the amended petition, then please do not regard this letter as one of complaint. No news is sometimes good news. Something beneficial must be happening, however, because:
  a. On May 30th, 2008 we received a Notice from the Clerk of the Superior Court of Contra Costa county advising of her intent to destroy exhibits in the underlying criminal case, No. 030003-6. To this, we objected and they have not been destroyed.
  b. Your petitioner was taken off formal probation. Why this was done, given the ferocity of the State's prosecution of petitioner, is beyond his ken.

Since the mail to and fro Genoa, though no longer carried by Snowshoe Johnson, is spotty at best, and since we are not registered on the Court's PACER system, we thought it prudent to enquire 'what's up?' so that we do not miss any filing requirements.

Thank you so much for your kind consideration of this matter.

Very truly yours,

William D. McCann