FILED
JUN 10 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DENIS McCANN, | No. C 07-3865 JSW (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| LIONEL CHATHAM, Chief Probation Officer, Contra Costa Probation Department, | |
| Respondent. | |

The Court has denied this petition for a writ of habeas corpus. A judgment is entered in favor of Respondent. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: JUN 10 2010

JEFFREY S. WHITE
United States District Judge